**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Donikki HARDY, Defendant–Appellant.**

No. 15–6487.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2015.

Decided: Aug. 11, 2015.

Donikki Hardy, Appellant Pro Se. James Galyean, Nexsen Pruet, Greenville, South Carolina; Regan Alexandra Pendleton, Carrie Fisher Sherard, Assistant United States Attorneys, Greenville, South Carolina, for Appellee.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donikki Hardy appeals the district court's order denying his motion to compel the Government to file a Fed.R.Crim.P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hardy*, No. 7:01–cr–00235–HMH–1 (D.S.C. Mar. 23, 2015). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*